# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KWOK FONG, | Case No. 2:17-cv-02371-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 3) |
| DYNASTY PROPERTIES, LLC, *et al.* | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail to Plaintiff has been returned as undeliverable. Docket No. 3. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Plaintiff is hereby **ORDERED** to file a written notice of change of address by October 5, 2017.

IT IS SO ORDERED.

DATED: September 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge