1
2
3
4
5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8                        * * *

9

10   KWOK FONG                                Case No. 2:17-cv-02371-RFB-NJK

11                         Plaintiff,          **<u>ORDER</u>**

12        v.

13   DYNASTY PROPERTIES LLC,
     *et al*.,
14                         Defendants.

15

16        Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the

17   Honorable Nancy J. Koppe, United States Magistrate Judge, entered September 22, 2017.

18        A district court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific

20   written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §

21   636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is

22   required to "make a de novo determination of those portions of the report or specified proposed

23   findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

24   Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

25   "any review," de novo or otherwise, of the report and recommendations of a magistrate judge.

26   Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due

27   by October 6, 2017.  No objections have been filed. The Court has reviewed the record in this case

28   and concurs with the Magistrate Judge's recommendations.

1      **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is

2 ACCEPTED and ADOPTED in full.

3      **IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice because

4 amendment would be futile.

5     The Clerk of Court is directed to serve a copy of this Order upon Plaintiff and close case.

6

7     DATED: October 23, 2017.

8                                     _____

                                    **RICHARD F. BOULWARE, II**

9                                     **United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28